AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Claire R. | U.S. Court of International Trade | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of International Trade Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

One Federal Plaza, New York, NY 10278-0001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Brooklyn Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Brooklyn Law School, Adjunct Professor Salary | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Hewlett-Woodmere Union Free School District - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank - Cash Accounts | A | Interest | L | T | | | | | |
| 2. Nassau Educators Federal Credit Union - Cash Account | A | Interest | J | T | | | | | |
| 3. Met Life - whole life / life insurance | A | Dividend | J | T | | | | | |
| 4. Note - W.J. Vollack - loan (Y) | | | | | | | | | |
| 5. Series EE US Savings Bond | | None | J | T | | | | | |
| 6. BROKERAGE ACCCOUNT #1 (H) | | | | | | | | | |
| 7. Raymond James Cash Account (Y) | | | | | | | | | |
| 8. Allianz NFJ Small Cap Value Fund | | None | | | Sold | 06/29/16 | J | | |
| 9. American Century Heritage Fund | | None | | | Sold | 06/29/16 | J | C | |
| 10. Davis New York Venture Fund | B | Dividend | K | T | Sold (part) | 06/29/16 | J | | |
| 11. American Funds Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 12. Gabelli Value 25 Fund | B | Dividend | K | T | | | | | |
| 13. American Funds Growth Fund of America | B | Dividend | K | T | Sold (part) | 06/29/16 | J | | |
| 14. Oppenheimer Limited Term New York Muni Fund (Y) | | | | | | | | | |
| 15. Oppenheimer Rochester Limited Term Mutual Fund (X) | A | Dividend | J | T | | | | | |
| 16. American Funds Washtington Mutual Investors | | None | L | T | | | | | |
| 17. IRA #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Raymond James Bank Deposit Program | A | Interest | | | Closed | 03/03/16 | L | | |
| 19. Team, Inc. (formerly Furmanite Corp. Stock) | | None | | | Sold | 03/07/16 | J | | |
| 20. Revlon Inc. Stock (common) | | None | | | Sold | 03/07/16 | K | | |
| 21. American Funds American High Income Trust | A | Dividend | | | Sold | 03/07/16 | J | | |
| 22. American Funds Bond Fund of America | A | Dividend | | | Sold | 03/07/16 | K | | |
| 23. American Funds Europacific Growth Fund | | None | | | Sold | 03/07/16 | K | | |
| 24. Gabelli Value 25 Fund | | None | | | Sold | 03/07/16 | J | | |
| 25. American Funds - Growth Funds of America | | None | | | Sold | 03/07/16 | L | | |
| 26. American Funds New Perspective Fund | | None | | | Sold | 03/07/16 | J | | |
| 27. RS Small Cap Growth Fund | | None | | | Sold | 03/07/16 | J | | |
| 28. American Funds Washington Mutual Investors | | None | | | Sold | 03/07/16 | L | | |
| 29. Fidelity Advisor Emerging Markets Income Fund Class I | A | Dividend | K | T | Buy | 03/07/16 | K | | |
| 30. TIAA-CREF International Equity Index Fund Institutional Class | B | Dividend | K | T | Buy | 03/07/16 | K | | |
| 31. TIAA-CREF Large Cap Value Index Fund Institutional Class | B | Dividend | L | T | Buy | 03/07/16 | K | | |
| 32. TIAA-CREF Large Cap Growth Index Fund Institutional Class | A | Dividend | K | T | Buy | 03/07/16 | K | | |
| 33. TIAA-CREF Mid-Cap Value Fund Institutional Class | B | Dividend | K | T | Buy | 03/07/16 | K | | |
| 34. TIAA CREF Emerging Markets Equity Index Fund Institutional Class | A | Dividend | K | T | Buy | 03/07/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TIAA-CREF Bond Index Fund Institutional Class | A | Dividend | K | T | Buy | 03/07/16 | J | | |
| 36. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 37. TIAA-CREF High-Yield Fund Class I | A | Dividend | J | T | Buy | 03/07/16 | J | | |
| 38. iShares Tr Tips Bd ETF | A | Dividend | K | T | Buy | 03/07/16 | K | | |
| 39. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 40. iShares Tr Russell Mid-Cap Growth ETF | A | Dividend | J | T | Buy | 03/07/16 | J | | |
| 41. iShares Tr Russell 2000 Value ETF | A | Dividend | J | T | Buy | 03/07/16 | J | | |
| 42. iShares Tr Russell 2000 Growth ETF | A | Dividend | J | T | Buy | 03/07/16 | J | | |
| 43. iShares Tr MSCI EAFE Small Cap ETF | A | Dividend | K | T | Buy | 03/07/16 | K | | |
| 44. SPDR Ser Tr Dow Jones REIT ETF | A | Dividend | J | T | Buy | 03/07/16 | K | | |
| 45. Vanguard Bd Index Fd Inc Short Term Bd ETF | A | Dividend | J | T | Buy | 03/07/16 | J | | |
| 46. COLLEGE FUND #1 (H) | | | | | | | | | |
| 47. JP Morgan NY 529 Moderate Growth Age Based 6-9 Cl B Fund (Y) | | | | | | | | | |
| 48. JP Morgan NY 529 Moderate Growth Age Based 6-9 Port CL A Fund | | None | | | Sold | 03/18/16 | L | D | |
| 49. NY 529 College Svgs. Prog., Aggressive Age Based Option: Growth Portf. | | None | L | T | Buy | 03/21/16 | L | | |
| 50. IRA #2 (H) | | | | | | | | | |
| 51. Fidelity Contrafund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Export & Multinational Fund | A | Dividend | J | T | | | | | |
| 53. Fidelity Low Priced Stock Fund | D | Dividend | M | T | | | | | |
| 54. Fidelity Diversified International Fund | A | Dividend | L | T | | | | | |
| 55. Fidelity Pacific Basin Fund | B | Dividend | L | T | | | | | |
| 56. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 57. TD Ameritrade - Cash Account (Y) | | | | | | | | | |
| 58. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 59. TD Ameritrade Cash Account (Y) | | | | | | | | | |
| 60. Citigroup Inc Stock (common) | A | Dividend | J | T | | | | | |
| 61. General Electric Stock (common) | A | Dividend | K | T | | | | | |
| 62. CUSTODIAL ACCOUNT #1 (H) | | | | | | | | | |
| 63. General Electric Stock (common) | A | Dividend | K | T | | | | | |
| 64. IRA #3 (H) | | | | | | | | | |
| 65. CREF Stock | | None | L | T | Sold (part) | 02/16/16 | K | | |
| 66. CREF Growth | | None | | | Sold | 02/16/16 | M | | |
| 67. CREF Equity Index | | None | | | Sold | 02/16/16 | L | | |
| 68. CREF Global Equities | | None | L | T | Sold (part) | 02/16/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TIAA Real Estate | | None | K | T | | | | | |
| 70. CREF Bond Market | | None | K | T | Sold (part) | 02/16/16 | K | A | |
| 71. TIAA Traditional | A | Dividend | M | T | Buy | 02/16/16 | L | | |
| 72. TIAA CREF Large Cap Value Premium | C | Dividend | M | T | Buy | 02/16/16 | L | | |
| 73. TIAA CREF Mid Cap Value Premium | B | Dividend | K | T | Buy | 02/16/16 | K | | |
| 74. TIAA CREF Small Cap Value Premium | B | Dividend | L | T | Buy | 02/16/16 | L | | |
| 75. Vanguard Emerging Markets Stock Index Fund, Adm | A | Dividend | K | T | Buy | 02/16/16 | K | | |
| 76. TIAA CREF Inf-Linked Bond | | None | K | T | Buy | 02/16/16 | J | | |
| 77. Vanguard Total Int'l Stock Index Adm | B | Dividend | K | T | Buy | 02/16/16 | K | | |
| 78. Vanguard Total Stock Market Index Adm | A | Dividend | K | T | Buy | 02/16/16 | K | | |
| 79. Vanguard Total Bond Mkt Index Adm | B | Dividend | L | T | Buy | 02/16/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 12: Name correction / formerly Gabelli Value Fund.

Part VII, line 18: Account clarification / corresponds to line 24 of the 2015 report, now included in IRA #1.

Part VII, line 21: Name correction / formerly American Funds American High Interest Trust.

Part VII, line 24: Name correction / formerly Gabelli Value Fund.

Part VII, lines 48 and 49: College Fund holdings are based upon unit value; income is not attributable to individual assets (per page 40 of the filing instructions).

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 05/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Claire R. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544